**FOLEY**

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3441
cdegennaro@foley.com

July 25, 2024

**By ECF**
The Honorable Georgette Castner
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *U.S. v. Matthaei.*, 3:24-cr-00412-GC

Dear Judge Castner:

We represent defendant Christopher Matthaei in the above-referenced action. We write in accordance with the Court's July 17, 2024 directive regarding Mr. Matthaei's necessary medical treatment vis-à-vis Marylin Morales, whom the Government considers a witness in this matter.

As stated on the record at Mr. Matthaei's July 17, 2024 arraignment, Mr. Matthaei has received necessary monthly medical treatments from Ms. Morales for years, and Mr. Matthaei was not aware that the Government considers Marilyn Morales a witness in this matter until the Government made that representation at the July 17 arraignment on the Indictment. Notably, to date, the Government has made no showing to corroborate its representation; to the contrary, the simple fact that Ms. Morales communicated with Mr. Matthaei regarding SPACs does not on its own make Ms. Morales a "witness" to any of the allegations in the Indictment.

In any event, to avoid any further debate on this issue, Mr. Matthaei will agree to see another medical provider for his treatments and will refrain from any contact with Ms. Morales for the pendency of this matter.

We are available at the Court's convenience to provide any additional information that the Court may require. Thank you for your attention to this matter.

| | | | | |
|---|---|---|---|---|
| AUSTIN | DETROIT | MEXICO CITY | SACRAMENTO | TALLAHASSEE |
| BOSTON | HOUSTON | MIAMI | SALT LAKE CITY | TAMPA |
| CHICAGO | JACKSONVILLE | MILWAUKEE | SAN DIEGO | WASHINGTON, D.C. |
| DALLAS | LOS ANGELES | NEW YORK | SAN FRANCISCO | BRUSSELS |
| DENVER | MADISON | ORLANDO | SILICON VALLEY | TOKYO |



July 25, 2024
Page 2

                Respectfully submitted,

                */s/ Christopher A. DeGennaro*

                Christopher A. DeGennaro
                Foley & Lardner LLP
                90 Park Avenue
                New York, NY 10016
                cdegennaro@foley.com

                Michael J. Tuteur
                Foley & Lardner LLP
                11 Huntington Avenue, Suite 2500
                Boston, Massachusetts 02199
                mtuteur@foley.com

                Counsel for Defendant Christopher Matthaei

cc: All counsel of record (via ECF)